1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  TREVOR HUTCHISON

8

9
                IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      )  No. Cr-S-03-097 FCD
14                                )
              Plaintiff,          )
15                                )  REQUEST FOR ORDER AND ORDER
        v.                        )  EXONERATING BOND
16                                )
   TREVOR HUTCHISON,              )
17                                )
              Defendant.          )  Judge: Hon. Peter A. Nowinski
18                                )
   _____)
19

20
   On or about January 10, 2005, 2003 a $20,000.00 appearance bond secured
21
   by a cashier's check was posted on behalf of Trevor Hutchison, Cr-S-03-
22
   097 FCD (receipt number 201-9191)
23
        On November 21, 2005 Mr. Hutchison was sentenced to 12 months
24
   probation.
25
   ///
26
   ///
27
   ///
28

It is hereby requested that $20,000 bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to return the $20,000.00 and any interest accrued to Mr. Hutchinson's mother, Linda Hutchison, 775 West Playground Street, Kuna, ID  83634.

Dated:  February 6, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


 /s/ Caro Marks
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
TREVOR HUTCHISON

# **O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $20,000 secured by Ms. Linda Hutchison is hereby exonerated.

Dated: February 9,2006              /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
                                    U.S. DISTRICT JUDGE