DANIEL J. BRODERICK, #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TREVOR HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-03-097 FCD |
| ) | |
| Plaintiff, ) | |
| ) | REQUEST FOR ORDER AND ORDER |
| v. ) | EXONERATING BOND |
| ) | |
| TREVOR HUTCHISON, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Peter A. Nowinski |
| ) | |
| _____ ) | |

On or about January 10, 2005, 2003 a $20,000.00 appearance bond secured by a cashier's check was posted on behalf of Trevor Hutchison, Cr-S-03-097 FCD (receipt number 201-9191)

    On November 21, 2005 Mr. Hutchison was sentenced to 12 months probation.

///

///

///

It is hereby requested that $20,000 bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to return the $20,000.00 and any interest accrued to Mr. Hutchinson's mother, Linda Hutchison, 775 West Playground Street, Kuna, ID  83634.

Dated:  February 6, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ Caro Marks
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TREVOR HUTCHISON


**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $20,000 secured by Ms. Linda Hutchison is hereby exonerated.

Dated: February 9,2006        /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
                                    U.S. DISTRICT JUDGE