DANIEL J. BRODERICK, #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TREVOR HUTCHISON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr-S-03-097 FCD |
| Plaintiff, | ) |
| | ) |
| v. | ) REQUEST FOR ORDER AND ORDER RETURNING PASSPORT TO THE DEFENDANT |
| TREVOR HUTCHISON, | ) |
| Defendant. | ) |
| | ) Judge: Hon. Frank C. Damrell |

On or about April 8, 2003, an original passport of the above referenced defendant was deposited in the Clerks Office of the Eastern District of California, number 075574422, Receipt # 205 4386.

On or about November 21, 2005, Mr. Hutchison was sentenced to 12 months probation.

It is hereby requested that the defendant's passport be released to the defendant, Trevor Hutchison, and that the Clerk of the Court be directed to return the passport to the defendant which was received by

1  the Clerk on or about April 8, 2003.  The passport given to the Federal

2  Defenders Office who will forward it on to Mr. Hutchison.

3

4  Dated:  March 16, 2006

Respectfully submitted,

5

DANIEL J. BRODERICK

6  Acting Federal Defender

7

8  _____/s/ Caro Marks_____

CARO MARKS

9  Assistant Federal Defender

Attorney for Defendant

10  TREVOR HUTCHISON

11

12  **O R D E R**

13  IT IS HEREBY ORDERED that the original passport of Trevor

14  Hutchison be returned by the Clerk of the District Court to the Federal

15  Public Defenders Office at 801 I Street, 3rd Floor, Sacramento,

16  California, to the attention of CARO MARKS, Assistant Federal Defender,

17  who will return the passport to defendant, Trevor Hutchison.

18  Dated: March 16, 2006

19  _/s/ Frank C. Damrell Jr._

FRANK C. DAMRELL JR.

20  US District Judge

21

22

23

24

25

26

27

28